# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry D. Rankin,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart, Commissioner
of Social Security Administration,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-150-H

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2005 Order.

**Signed: November 4, 2005**

Frank G. Johns, Clerk
United States District Court